**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan Fernando LICEA–CEDILLO, also known as Cacahuate, also known as Alvaro Galicia Castro, Defendant–Appellant.**

**No. 05–21033
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2007.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

David B. Adler, Bellaire, TX, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Juan Fernando Licea–Cedillo (Licea) appeals his guilty-plea conviction for conspir-

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

322

acy to transport and harbor undocumented aliens for financial gain, resulting in death. Licea argues that the Government breached the plea agreement by failing to move for a reduction based on his acceptance of responsibility.

Because Licea did not raise this argument in the district court, review is for plain error. *See United States v. Reeves,* 255 F.3d 208, 210 (5th Cir.2001). Even if the Government breached the plea agreement, Licea has not demonstrated that any error affected his substantial rights. *See United States v. Miller,* 406 F.3d 323, 335–36 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 207, 163 L.Ed.2d 278 (2005). The district court clearly and repeatedly rejected Licea's denial that he oversaw the placement of the aliens into the grain car, as well as his argument that he was not, as part of the conspiracy, responsible for the actions which led to the deaths of eleven aliens.

Accordingly, the judgment is AFFIRMED.